■ BARBARA DURAND, Respondent, v MARTIN IZZO et al., Appellants. [748 NYS2d 126] —Appeal from an order of Supreme Court, Oneida County (Shaheen, J.), entered April 12, 2001, which denied defendants' motion for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated at Supreme Court, Oneida County, Shaheen, J. Present—Pigott, Jr., P.J., Green, Hayes, Kehoe and Gorski, JJ.